IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**,

        **Plaintiff,**

v.                                                   Case No.  3:04cr10/MCR

**DAVID W. SVETE,**

        **Defendant.**
_____/

**FINAL ORDER OF FORFEITURE AS
TO DEFENDANT DAVID W. SVETE**

WHEREAS, in the Indictment in the above-entitled action, the United States sought the criminal forfeiture from defendant, **DAVID W. SVETE**, pursuant to Title 18, United States Code, Section 982(a)(2), of his interest in any and all property, real or personal, involved in said offenses, or traceable to such property, in violation of Title 18, United States Code, Section 1956(h).

AND WHEREAS, on or about March 4, 2005, defendant, **DAVID W. SVETE,** was found guilty of all counts as set forth in said Superceding Indictment, and thereafter, the jury entered a special verdict of forfeiture finding that $21,000,000.00 in United States Currency was the property involved said offense.

AND WHEREAS, on or about May 16, 2005, the Court entered a Preliminary Order of Forfeiture, forfeiting the $21,000,000.00 in proceeds to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2) and Rule 32(d)(2) of the Federal Rules of Criminal Procedure.

AND WHEREAS, by virtue of said guilty verdict and the jury's Special Verdict of Forfeiture, and the Preliminary Order of Forfeiture, the United States is now entitled to possession of said currency, pursuant to Title 18, United States Code, Section 982, Title 21, United States Code, Section 853, and Rules 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant **DAVID W. SVETE's** right, title and interest in the currency described below is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to defendant **DAVID W. SVETE** for all purposes.

2. That the currency which is subject to forfeiture in this Order is as follows:

**TWENTY ONE MILLION DOLLARS ($21,000,000.00) IN UNITED STATES CURRENCY INCLUDING THE THREE MILLION ($3,000,000.00) PRESENTLY BEING HELD BY CANADIAN AUTHORITIES**

3. That upon adjudication of all third party interests, or if no third party claims are filed pursuant to Title 21, United States Code, Section 853(n), and Rule 32.2(c), Fed. R. Crim. P., the United States shall dispose of said currency in accordance with law or further Order of this Court.

**IT IS SO ORDERED** this 28th day of June, 2005.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**