FLN (Rev. 4/2004) Deficiency Order                                                                                                Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                                                                          Case No.   3:04cr10/MCR

DAVID W. SVETE, et al

_____

## O R D E R

Receiver's documents, **MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIMS TO ASSETS SUBJECT TO FORFEITURE AND REQUEST FOR ORDER(S) IN AID OF SAME, AND MEMORANDUM IN SUPPORT THEREOF** (doc. 771) and **MOTION FOR EXPEDITED HEARING AND MEMORANDUM IN SUPPORT** (doc. 772), were referred to the undersigned with the following deficiencies:

    Counsel for the moving party shall confer with counsel for the opposing party and shall file with the court, at the time of filing a motion, a statement certifying that counsel has conferred with counsel for the opposing party in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful, as required by N.D. Fla. Loc. R. 7.1(B).

For these reasons, IT IS ORDERED that:

    The documents shall remain in the electronic file, but the court will not consider them until you have corrected the above deficiencies through the filing of corrected documents. The documents are denied without prejudice with leave given to refile after correction.

    **DONE and ORDERED** this 20th day of October, 2008.

                                                      *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS**
                                                      **UNITED STATES DISTRICT JUDGE**