# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                    CASE NO. 3:04cr10/MCR

DAVID W. SVETE

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   March 19, 2008

Motion/Pleadings:   DEFENDANT DAVID W. SVETE'S MOTION FOR A NEW TRIAL AND ASSOCIATED RELIEF

Filed by   Defendant   on   3/04/2008   Doc.#   758

RESPONSES:

Government   on   3/19/2009   Doc.#   762

                                     on   Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*
LC (1 OR 2)                Deputy Clerk

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 10th day of April, 2009, that:*

*The relief requested is DENIED on the grounds presented in the government's objection.*

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
*United States District Judge*

Entered On Docket: _____   By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.