**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                                                          Case No. 3:04cr10/MCR/EMT

DAVID W. SVETE

_____/

**O R D E R**

      Defendant David W. Svete has submitted a request that certain transcripts be provided to him at no charge in connection with four appeals in this criminal matter that he has filed *pro se* in the Eleventh Circuit Court of Appeals, Nos. 09-11998-H, 09-11999-H, 09-12337-H, and 09-12338-H (Doc. 872),[1] along with four motions for leave to proceed *in forma pauperis* in those appeals (Docs. 898, 899, 900, and 901).  Additionally, Defendant has filed a "Motion for Order Directing U.S. Court Reporter to File and Serve Defendant with Requested Transcripts for Appeal" (Doc. 894) and, most recently, a "Notice of Non-Service/Non-Notice: Court Has Not Been Serving/Noticing Defendant on Court Filings (Doc. 902).

      The motions for leave to proceed *in forma pauperis* are denied.  The Federal Rules of Appellate Procedure specify the procedure for taking appeals *in forma pauperis*.  A party to an action in a district court who desires to proceed on appeal *in forma pauperis* must file in the district court a motion for leave so to proceed, together with an affidavit, showing in the detail prescribed by Form 4 of the Appendix of Forms, the party's inability to pay fees

---

[1] The proceedings for which Defendant seeks transcripts include those conducted February 4, 2004 (first appearance); February 19, 2004 (arraignment); March 11, 2004 (case management conference and hearing on pretrial motions); April 9, 2004 (motions hearing); April 8, 2005 (bond hearing); and August 2, 2005 (bond hearing).

and costs, the party's belief that he is entitled to redress, and a statement of the issues which that party intends to present on appeal.  See Fed. R.App. P. 24(a).  In none of the four affidavits which Defendant has attached to his motions for permission to appeal *in forma pauperis* has he identified the issues on appeal.  Moreover, Defendant is not entitled to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(3) because, to the extent the basis for his appeals can be determined, the appeals are frivolous and not founded in good faith.

Defendant's remaining motions/requests are also denied, with the exception that the clerk is directed to add Defendant's name to the list of those persons who receive notice of court filings.

It is therefore ORDERED:

1. Defendant's motions for leave to proceed *in forma pauperis* with respect to Appeals Nos. 09-11998-H, 09-11999-H, 09-12337-H, and 09-12338-H filed in the Eleventh Circuit Court of Appeals (Docs. 898, 899, 900, and 901) are DENIED.

2. Defendant's request to be provided transcripts at no charge (Doc. 872) is DENIED.

3. Defendant's Motion for Order Directing U.S. Court Reporter to File and Serve Defendant with Requested Transcripts for Appeal (Doc. 894) is DENIED.

4. Defendant's request to be added to the list of persons who receive notice of court filings (Doc. 902) is GRANTED.  The clerk shall take the necessary steps to effectuate this instruction.

**DONE and ORDERED** this 7th day of July 2009.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:04cr10/MCR/EMT